**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. KATHY SRAMEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-15-436-RAW |
| | ) | |
| 1. DURA-LINE CORPORATION, | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
| Defendant. | ) | JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Kathy Sramek, hereby stipulates with the Defendant, Dura-Line Corporation, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 9th DAY OF NOVEMBER, 2016.**

| | |
|---|---|
| s/ Lauren W. Johnston | s/ Tony G. Puckett |
| Jana B. Leonard, OBA #17844 | (Signed with permission) |
| Lauren W. Johnston, OBA #22341 | Tony G. Puckett, OBA #13336 |
| LEONARD & ASSOCIATES, P.L.L.C. | Paige H. Good, OBA #31595 |
| 8265 S. Walker | McAFEE & TAFT, A Professional Corporation |
| Oklahoma City, Oklahoma 73139 | |
| (405) 239-3800 (telephone) | Tenth Floor, Two Leadership Square |
| (405) 239-3801 (facsimile) | Oklahoma City, OK 73102 |
| leonardjb@leonardlaw.net | Telephone: (405) 235-9621 |
| johnstonlw@leonardlaw.net | Facsimile: (405) 235-0439 |
| *Counsel for Plaintiff* | tony.puckett@mcafeetaft.com |
| | paige.good@mcafeetaft.com |
| | *Counsel for Defendant* |